UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY G. FLICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THOMAS JEFFREY CAUFIELD, | § | NO. 3:18-CV-01734-K |
| ESSENTIAL FINANCIAL | § | |
| EDUCATION, INC., and THE | § | |
| TUITION FUNDING SOURCE, | § | |
| L.L.C., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff and Defendants signed an agreed final judgment dated September 20, 2018 (the "Agreed Final Judgment"). Plaintiff filed a motion to enter the Agreed Final Judgment on September 26, 2018 (Doc. No. 27). The Agreed Final Judgment was entered against all Defendants on October 3, 2018 (Doc. No. 29).

At the time Plaintiff's motion was filed, Essential Financial Education, Inc. was subject to the automatic stay under 11 U.S.C. § 362(a) in Case No. 18-33108-bjh7 in pending proceedings in the Northern Bankruptcy District of Texas. The Court further notes that neither Essential Financial Education, Inc. nor The Tuition Funding Source, LLC has retained counsel. The Court previously ordered these defendants to retain counsel (Doc. No. 17).

The Court therefore **ORDERS** that the Agreed Final Judgment entered against

Defendants be **VACATED** as to Essential Financial Education, Inc. and The Tuition Funding Source, LLC.

This case is **STAYED** as to Essential Financial Education, Inc. pending its bankruptcy proceeding.

**SO ORDERED.**

Signed November 6th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE